UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAUL WILLIAM HILTON, No. 28635-044,

    Petitioner,

v.

DANIEL SPROUL, Warden,

    Respondent.

Case No. 21-cv-438-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Paul William Hilton's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed, that judgment is entered in favor of respondent Daniel Sproul and against petitioner Paul William Hilton, and that this case is dismissed with prejudice.

**DATED: September 24, 2021**         **MARGARET M. ROBERTIE,** Clerk of Court

                                                              **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**